UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-24007-CV-WILLIAMS

GPM INDUSTRIAL, INC.,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Melissa Damian's Report and Recommendation (DE 57) ("***Report***") on the Parties' cross motions for summary judgment (DE 40; DE 46). In the Report, Magistrate Judge Damian recommends that the Court deny Plaintiff's Motion for Summary Judgment (DE 40) and grant Defendants' Cross-Motion for Summary Judgment (DE 46). (DE 57 at 1.) Specifically, the Report finds that USCIS gave reasoned consideration to the evidence submitted by GPM Industrial, Inc. regarding Gustavo Gamboa's[1] ("***Gamboa***") executive capacity and affirms that USCIS' decision that Gamboa's past and future employment responsibilities were not primarily executive in nature was not arbitrary and capricious. (*Id.* at 18, 22.) Plaintiff filed Objections to the Report (DE 60), to which Defendants filed a Response (DE 61). The

---

[1] According to the Amended Complaint, Gamboa served as GPM Industrial, Inc.'s President and CEO from 2015 to 2019. (DE 11 at ¶ 44.) In 2017, GPM Industrial, Inc. submitted an Immigrant Petition for Alien Worker (Form I-140) on Gamboa's behalf seeking to classify him as a multinational executive in order to obtain an employment-based, first-preference ("EB-1") visa.

Court conducted a *de novo* review of the portions of the Report to which Plaintiff objected and a review of the remainder of the Report for clear error.

Having carefully reviewed the Report, the Objections, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 57) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Summary Judgment (DE 40) is **DENIED**.
3. Defendants' Cross-Motion for Summary Judgment (DE 46) is **GRANTED**.
4. The Clerk is directed to **CLOSE** this case.

The Court will separately enter an order of final judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 27th day of March, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE